**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**PATRICK SHERMAN, ADC #9630**                                                                 **PLAINTIFF**

**v.**                                      **5:08CV00254BSM/HLJ**

**LARRY NORRIS, et al.**                                                                                  **DEFENDANTS**

### JUDGMENT

Pursuant to the memorandum and order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 15th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE